# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL BAKER
ADC #600691                                                                                          PLAINTIFF

v.                                    4:25-cv-00329-JM-JJV

EVERETT LITZSEY,
Lieutenant, Arkansas Division of Correction, *et al.*                               DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition ("PRD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Temporary Restraining Order/Injunction is DENIED. (Doc. No. 3.) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of April, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE