# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DANIEL BAKER
ADC #600691                                                                                    PLAINTIFF

v.                                     4:25-cv-00329-JM-JJV

EVERETT LITZSEY, Lieutenant,
Arkansas Division of Correction, et al.                                                  DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc.12)   No objections have been filed, and the time to do so has passed.   After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff may to proceed with excessive force claim against Defendant Litzsey. All other claims as well as Defendants Watson, Graham, Johnson, and Branson are dismissed without prejudice.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 20th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE