# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DANIEL BAKER
ADC #600691                                                                    PLAINTIFF

v.                                                   4:25-cv-00329-JM

EVERETT LITZSEY, Lieutenant,
Arkansas Division of Correction, *et al.*                                   DEFENDANTS

## **JUDGMENT**

Consistent with the Orders entered today and previously (Docs. 14, 20 ), Plaintiff's claims are DISMISSED with prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 26th day of June 2025.

_____
UNITED STATES DISTRICT JUDGE